

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, May 27, 2022

Mr. Michael R. Abrams
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Ms. Karlene Dunn Poll
Slate & Associates
2310 Rutland St
Houston, TX 77008-2556
* DELIVERED VIA E-MAIL *

Ms. Karen Jean Langsley
Langsley Mills Law, LLC
PO Box 27344
Denver, CO 80227
* DELIVERED VIA E-MAIL *

RE:  Case Number:  19-1069
     Court of Appeals Number:  10-18-00344-CV
     Trial Court Number:  17-001284-CV-85

Style:  IN THE INTEREST OF J.W., A CHILD

Dear Counsel:

Today the Supreme Court of Texas issued an opinion(s) and judgment in the above-referenced cause.  You may obtain a copy of the opinion(s) and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:      Mr. Eric T. Tai (DELIVERED VIA E-MAIL)
          Mr. Jarvis J. Parsons (DELIVERED VIA E-MAIL)
          Ms. Nita Whitener (DELIVERED VIA E-MAIL)
          Mr. Eric  Scott Houghton (DELIVERED VIA E-MAIL)
          Ms. Lisa B. Hobbs (DELIVERED VIA E-MAIL)
          District Clerk Brazos County (DELIVERED VIA E-MAIL)